UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. CR409-166 |
| | ) | |
| BENJAMIN SHEFTALL EICHHOLZ | ) ) | |

## ORDER

The Court **GRANTS IN PART** defendant Benjamin Sheftall Eichholz's motion to seal exhibit 1 of his exclusion motion (doc. 49). Doc. 50.[1] The Clerk shall immediately seal doc. 49, but defense counsel is directed to re-file exhibit 1, redacting *only* that data subject Fed. R. Crim. P. 49.1, this Court's Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means, and federal privacy law (e.g., his social security number). Otherwise, wholesale sealing of documents cannot be accomplished absent a good-cause showing. *See Brown v. United States*, 2008 WL 4593386 at * 4 (S.D. Ga. Oct. 14, 2008) (unpublished) (enforcing Eleventh Circuit "open records" policy); *Snethen*

---

[1] Eichholz basically filed the document without complying with Fed. R. Crim. P. 49.1. In effect, he wants a do-over, except that he wants the Court to seal an entire document, not just the Rule 49.1-violating portion of it.

*v. Board of Public Educ. for the City of Savannah*, 2007 WL 2345247 at * 1 (S.D. Ga. Aug. 15, 2007) (unpublished) ("Specifically, parties must provide grounds for why they want something kept from the public, as there is a presumption against secrecy"). Defendant has made no such showing here.

**SO ORDERED this  28th  day of October, 2009.**

 s/ G.R. SMITH 
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**